ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRANG THONG VONG, <br>     Petitioner, <br> v. <br> RICK M. HILL, WARDEN, <br>     Respondent. | Case No. EDCV 11-00498 DDP (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the concurrently filed Order.

DATED: August _2_, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY